Claire B. Borin, Appellee, v. Nathan Borin, Appellant.

Gen. No. 43,689.

opinion filed June 10, 1946; released for publication July 1, 1946. Simon Herr and Harold Tucker, for appellant; Benjamin B. Davis, for appellee; Harry J. Lurie, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**